IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| ALONZA L. MARTIN, JR., | * | Chapter 7 Case No. 07-12092 |
| Debtor, | * | |
| ALONZA L. MARTIN, JR., | * | |
| Appellant, Pro-se | * | |
| v. | * | Adversary Case No. 08-01010 |
| | * | Appeal Case No. CV 110-081 |
| KELVIN P JACKSON, | * | |
| Appellee. | * | |

O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Bankruptcy Judge's Report and Recommendation asking that the Court deny *pro se* Appellant Alonza L. Martin Jr.'s application to proceed *in forma pauperis* for purposes of pursuing his bankruptcy appeal (doc no. 6), to which no objections have been filed. Accordingly, the Report and Recommendation of the Bankruptcy Judge (doc. no. 6) is **ADOPTED** as the opinion of the Court.

Therefore, Appellant shall pay all required filing fees within twenty (20) days, else his appeal may be dismissed for want of prosecution.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of August, 2010.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA